## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CHARLES GASPARD, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 18-8485**

**THE BREAKFAST TOMS, ET AL.**                          **SECTION: "S"(5)**

### ORDER AND REASONS

Before the Court are the **Objections to the Magistrate Judge's Report and Recommendation** (Rec. Doc. 6), and the **Motion to Disqualify Magistrate Judge** (Rec. Doc. 7), filed by plaintiff, Charles Gaspard.

In its detailed and well-reasoned Report and Recommendation, the Magistrate Judge concluded that plaintiff's Complaint should be dismissed without prejudice for failure to prosecute, because plaintiff has neither paid the required filing fee nor applied to proceed *in forma pauperis*, despite being instructed by the court to do so and given an ample extension of time to do so. As the Magistrate Judge noted, "Gaspard has flagrantly ignored the procedural requirements in this case. His assertions show that he wants to file (and indefinitely stay) this lawsuit merely as a protective measure and avoid paying the associated filing fees." R&R, p. 3.

In his Objections, plaintiff argues, *inter alia*, that the Magistrate's recommendation that this matter be dismissed for failure to prosecute is an attempt "to extort from [plaintiff] a completely unnecessary filing fee [due to the Magistrate's] . . . "obvious petty criminal intent." The gist of the Motion to Disqualify is that the Magistrate Judge's impartiality is subject to question by virtue of the fact that he issued an order directing the plaintiff to pay the filing fee or apply to proceed *in forma pauperis*.

The court is unpersuaded by plaintiff's arguments, and notes that to date, plaintiff

has neither paid the filing fee nor applied for pauper status.

Accordingly, the court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 6), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

**IT IS FURTHER ORDERED** that plaintiff's Motion to Disqualify is **DENIED**.

New Orleans, Louisiana, this __6th__ day of December, 2018.


_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**